# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Jesse William Korff<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)   2:25-mj-1133-KCD<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   May 19, 2025   in the county of   Lee   in the
  Middle   District of   Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) & 924(a)(8) | Felon in Possession of Firearms |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Christopher Wuthrich
*Complainant's signature*

Special Agent Christopher Wuthrich, ATF
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   05/20/2025

*Kyle C. Dudek*
*Judge's signature*

City and state:   Fort Myers, FL     Kyle C. Dudek, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Christopher J. Wuthrich, Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, state as follows:

### Introduction and Agent Background

1. I am currently a Special Agent with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice (DOJ), and as such am empowered under 18 U.S.C. § 3051 to enforce Title 18 and other criminal laws of the United States.

2. I have been employed as a Special Agent with ATF since July 2023. Prior to my time as a Special Agent, I worked as a law enforcement officer for the Fort Myers Police Department (FMPD) from January 2016 to July 2023. During my time with the FMPD from February 2017 to July 2023, I was assigned to work with the ATF as a Task Force Officer. Additionally, from April 2017 to July 2023, I was a member of the FMPD Special Weapons and Tactics (SWAT) Team. Prior to my employment with FMPD, I was employed by the City of Bowie Police Department in Bowie, Maryland. During my time as an Officer with the Bowie Police Department, I was assigned to the Directed Response Team (DRT) from January to May 2011 and from January 2012 to December 2012. From December 2012 to January 2016, I was assigned to the Criminal Investigations Division (CID).

3.     During my law enforcement career, I have participated in and conducted numerous investigations which have resulted in the arrest and conviction of individuals who have participated in illegal firearms and narcotics activity.  I have been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of illicit firearms and narcotics activity.

4.     The facts and circumstances in this Affidavit are based in part on your Affiant's investigative activities, as well as interviews of witnesses and information obtained from other law enforcement officers with personal knowledge of the facts.  Because this Affidavit is submitted for the limited purpose of obtaining an arrest warrant, I have not included each and every fact known to me relating to the underlying investigation.  Rather, I have set forth only the facts that I believe are necessary to support probable cause for the arrest warrant sought herein. All statements provided in this affidavit are not meant to be verbatim and are provided to the best of your affiant's ability.

## Purpose of the Affidavit

5.     This affidavit is written in support of an arrest warrant for Jesse William Korff, a white male with a date of birth of XX/XX/1994; for the

offense of Felon in Possession of Firearms, on or about May 19, 2025, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Background of Investigation

6. The United States is investigating Jesse William Korff for violations of 18 U.S.C. § 922(g)(1), *Felon in Possession of a Firearms*; Korff is a convicted felon and has previously been convicted of Transfer and Possession of a Toxin for use as a Weapon, Smuggling Toxins from the United States, and Conspiracy to Kill, Maim, or Injure person in a Foreign Country in 3:14-471-01 (District of New Jersey). Korff was sentenced to 110 months imprisonment and is currently on supervised release.

## Probable Cause

7. On May 19, 2025, Fort Myers Police Department (FMPD) Officers arrived at 93 Palm Tree Lane Fort Myers, Florida 33905, Middle District of Florida, in response to a 911 hang-up Spanish speaker phone call at 15:06 hours. Dispatch called the number back and learned that a male was outside with a gun trying to kill the caller's daughter. Officer Wood arrived on scene. Officer Wood radioed that he had a hostage situation. Officers went inside of the lanai porch of the residence and saw a firearm come loose and away from the male during a scuffle with a female. Officers removed the male from the female and tried to detain the male. The male was later identified as

Jesse William Korff. The firearm was seized and determined to be a Walther p22, 22lr pistol, Serial Number WA469593. A Firearms Specialist conducted a preliminary nexus examination and determined the Walther pistol was made outside of the State of Florida.

8. Officers observed what appeared to be a bomb on Korff's person when trying to detain him. Korff spontaneously said, "I have bombs" when being detained. Officers observed a bulge with wires coming out of Korff's pocket. Officers also observed there was another object next to Korff in addition to the firearm. Officers also observed loaded magazines near Korff.

9. On May 19, 2025, ATF SA Jordan Mileshko interviewed the 911 caller who stated that she observed Korff point the firearm with a suspected silencer affixed to it at her daughter, resulting in her call to 911.

10. Your affiant authored a federal search warrant for Korff's 2007 Black Chevrolet Trailblazer, (Florida Tag Number: 96DQXX), VIN: 1GNDT13S572133032, which was parked near 93 Palm Tree Lane. According to DAVID, Korff is the registered owner of the Trailblazer. Within his vehicle, agents located the following, which is not an exhaustive list: an AR-style firearm, multiple suspected silencers, ammunition, and a tactical-style vest. A preliminary nexus examination was conducted by an ATF Firearms Specialist

of the AR style firearm, and it was determined to be manufactured outside of the State of Florida.

## Conclusion

11. Based on the foregoing, I am requesting an arrest warrant for Jesse William Korff, a white male with a date of birth of XX/XX/1994; for the offense of Felon in Possession of Firearms, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) on or about May 19, 2025.

/s/ Christopher Wuthrich
Christopher Wuthrich
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 20th day of May, 2025.

_____
KYLE C. DUDEK
United States Magistrate Judge