UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:25-cr-97-SPC-DNF

JESSE WILLIAM KORFF

## ORDER

Before the Court is Defendant, Jesse William Korff's Motion to Allow Expert Evaluation by Dr. Pat Capozzoli, PSYD at the Charlotte County Jail (Doc. 51). Counsel has retained Dr. Pat Capozzoli, PsyD, to provide a mental health evaluation of Korff. Dr. Capozzoli will need to meet with the defendant in a private room - with a table and chairs, as well as an electrical outlet for a laptop - at the Charlotte County Jail on Monday, November 24, 2025.

In considering the motion, the Court finds good reason to allow Dr. Capozzoli to meet with the defendant. Dr. Capozzoli must provide any necessary identification and follow Charlotte County Jail's procedures while at the facility.

Accordingly, it is now

**ORDERED:**

Defendant, Jesse William Korff's Motion to Allow Expert Evaluation by Dr. Pat Capozzoli, PSYD at the Charlotte County Jail (Doc. 51) is **GRANTED**.

2

Dr. Capozzoli is **AUTHORIZED** to evaluate Defendant on **November 24, 2025** at the Charlotte County Jail.

**DONE AND ORDERED** in Fort Myers, Florida on November 18, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2