UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 2:25-cr-97-SPC-KRH

JESSE WILLIAM KORFF

_____

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Final Order of
Forfeiture. (Doc. 78).  The Government seeks to have forfeited the following:

> **a.   a Walther, Model P22 pistol, serial number: WA469593,**
>
> **b.   an Aro Precision, Model M4E1 pistol, serial number: M4-0578694,**
>
> **c.   assorted ammunition,**
>
> **d.   silencers, and**
>
> **e.   a destructive device**

("**Assets**"), which were subject to the Court's March 26, 2026, Preliminary
Order of Forfeiture. (Doc. 71).  Although the Government gave proper notice,
no third party has petitioned for the Assets, and the time to do so has expired.
The Court thus will forfeit all right, title, and interest in the Assets to the

Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 78) is

**GRANTED**.

1.      Defendant's interest in the Walther, Model P22 pistol, serial number: WA469593, an Aro Precision, Model M4E1 pistol, serial number: M4-0578694, assorted ammunition, silencers, and a destructive device is CONDEMNED and FORFEITED to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2.      Clear title to the Assets is now VESTED in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on June 10, 2026.

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record

2